# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D17-1205
1D17-1206
(Consolidated for disposition)

_____

WILLIAM LARRY SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Walter M. Green, Judge.

May 31, 2018

PER CURIAM.

REVERSED and REMANDED with instructions to vacate Appellant's convictions under section 322.34(2)(b), Florida Statutes (2016), and adjudicate him guilty of the lesser included offense of driving without a valid driver's license. *See Williams v. State*, 2018 WL 1833396 (Fla. 1st DCA April 18, 2018).

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Andy Thomas, Public Defender, Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.